UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JENSEN, ELMER § Case No. 10-00831
     JENSEN, DIANE § 
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 09/30/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 08/18/2011          By:   /s/BRADLEY J. WALLER
                                                Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: JENSEN, ELMER | § | Case No. 10-00831 |
| JENSEN, DIANE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.20 |
| *and approved disbursements of* | $ 7.53 |
| *leaving a balance on hand of* [1] | $ 9,992.67 |
| **Balance on hand:** | $ 9,992.67 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 9,992.67 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,750.02 | 0.00 | 1,750.02 |
| Trustee, Expenses - BRADLEY J. WALLER | 147.32 | 0.00 | 147.32 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,897.34 |
| Remaining balance: | $ 8,095.33 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,095.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,414.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P-2 | Department of the Treasury | 8,414.64 | 0.00 | 8,095.33 |

Total to be paid for priority claims: $ 8,095.33
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 169,444.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 3,547.00 | 0.00 | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 24,786.49 | 0.00 | 0.00 |
| 4U-2 | Department of the Treasury | 139.00 | 0.00 | 0.00 |
| 6 | Cavalry Portfolio Services, LLC | 8,097.05 | 0.00 | 0.00 |
| 7 | CR Evergreen, LLC | 34,858.15 | 0.00 | 0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | 1,523.30 | 0.00 | 0.00 |
| 9 | Nicor Gas | 48.62 | 0.00 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 30,352.14 | 0.00 | 0.00 |
| 12 | PRA Receivables Management, LLC | 595.19 | 0.00 | 0.00 |
| 13U | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | 1,845.63 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 14 -2 | FIA Card Services aka Bank of America | 31,826.11 | 0.00 | 0.00 |
| 15 | FIA Card Services, NA/Bank of America | 31,826.11 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: evelyng              Page 1 of 1             Date Rcvd: Jan 12, 2010
Case: 10-00831                  Form ID: b9i               Total Noticed: 35

The following entities were noticed by first class mail on Jan 14, 2010.
db/jdb       +Elmer Jensen,   Diane Jensen,   13318 W. Hiawatha Drive,   Homer Glen, IL 60491-8600
aty          +Thomas W Toolis,   Jahnke & Toolis, LLC,   9031 West 151st Street,   Suite 203,
               Orland Park, IL 60462-6563
tr           +Glenn B Stearns,   4343 Commerce Court, Ste 120,   Lisle, IL 60532-3614
14947004     +Blatt/Hasenmiller/Liebsk,   Attorneys at Law,   125 S. Wacker Dr., FL 4,   Chicago, IL 60606-4440
14947005     +Calvary Portfolio Services,   Attention: Bankruptcy Department,   Po Box 1017,
               Hawthorne, NY 10532-7504
14947009     +Check Systems, Inc.,   Attn: Customer Relations,   7805 Hudson Road, Ste 100,
               Woodbury, MN 55125-1703
14947011     +Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
14947013      Donald R. Hoffman D.P.M.,   16535 S. 106th Court,   Orland Park, IL 60467-4545
14947014      Equifax Information Services, LLC,   P.O. Box 740256,   Atlanta, GA 30374-0256
14947015      Experian,   P.O. Box 9701,   Allen, TX 75013-9701
14947016     +Family Chiropractic,   12448 W. 143rd Street,   Homer Glen, IL 60491-6894
14947018     +GC Services Limited Partnership,   6330 Gulfton,   Houston, TX 77081-1198
14947019     +Homestar Bank,   3 Diversatech Dr,   Manteno, IL 60950-9201
14947022     +LOYOLA UNIV. MEDICAL CENTER,   2160 SOUTH FIRST AVENUE,   Maywood, IL 60153-3328
14947023      NCO FINANCIAL,   PO BOX 41457,   Philadelphia, PA 19101
14947024     +Nicor Gas,   Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
14947025     +PALOS COMMUNITY HOSPITAL,   12251 SOUTH 80TH AVENUE,   Palos Heights, IL 60463-0930
14947026     +Pella Window,   Po Box 94498,   Las Vegas, NV 89193-4498
14947027      Quest Diagnostics,   PO Box 64804,   Baltimore, MD 21264-4804
14947028     +Radiology and Nuclear Cons,   7808 College Drive 1SE,   Palos Heights, IL 60463-1095
14947029      Renuka H. Bhatt, MDSC,   2202 Essimgton Road, Suite 101,   Joliet, IL 60435-1634
14947030      Sanath Kumar M.D.,   9445 144th Place,   Orland Park, IL 60462-2543
14947031      Southwest INfectious Disease,   777 Oakmont Lane, Suite 1600,   Westmont, IL 60559-5577
14947032     +TransUnion Consumer Solutions,   P.O. Box 2000,   Chester, PA 19016-2000
14947033     +Uma D. Gavini MD,   7600 W. College Drive,   Palos Heights, IL 60463-1001
14947034     +Zwicker & Associates,   80 Minuteman Road,   Andover, MA 01810-1008

The following entities were noticed by electronic transmission on Jan 12, 2010.
14947002     +EDI: AMEREXPR.COM Jan 12 2010 19:08:00      AMERICAN EXPRESS,   P.O. BOX 650448,
               Dallas, TX 75265-0448
14947003      EDI: BANKAMER.COM Jan 12 2010 19:03:00      Bank Of America,   4060 Ogletown/Stan,
               Newark, DE 19713
14947006     +EDI: CAPITALONE.COM Jan 12 2010 19:08:00      Capital 1 Bank,   Attn: C/O TSYS Debt Management,
               Po Box 5155,   Norcross, GA 30091-5155
14947007     +EDI: CHASE.COM Jan 12 2010 19:08:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14947008     +EDI: CHASE.COM Jan 12 2010 19:08:00      Chase Manhattan,   Attn:  Bankruptcy Research Dept,
               3415 Vision Dr,   Columbus, OH 43219-6009
14947012     +EDI: DISCOVER.COM Jan 12 2010 19:03:00      Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
14947017     +EDI: BANKAMER.COM Jan 12 2010 19:03:00      FIA Card Services,   P.O. Box 15026,
               Wilmington, DE 19850-5026
14947020     +EDI: HFC.COM Jan 12 2010 19:03:00      Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,
               Bridge Water, NJ 08807-0985
14947021      EDI: IRS.COM Jan 12 2010 19:08:00      INTERNAL REVENUE SERVICE,   MAIL STOP 5010 CHI,
               230 SOUTH DEARBORN,   Chicago, IL 60604
                                                                                                TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust           William T Neary
14947010      Chrysler Financial
                                                                                                TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2010              Signature:      *Joseph Speetjens*