# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JENSEN, ELMER　　　　　　　　　　　　　　　Case No. 10-00831
　　　　JENSEN, DIANE

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  7
_____,
　　　　　　　　　Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $701,557.00　　　　　　Assets Exempt:　$350,800.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,095.33　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　Without Payment: $169,764.10

Total Expenses of Administration: $1,904.87

---

　　　3) Total gross receipts of $    10,000.20    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $10,000.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $329,219.56 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,904.87 | 1,904.87 | 1,904.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 16,829.28 | 8,414.64 | 8,095.33 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 201,409.90 | 169,444.79 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $549,363.61 | $179,764.30 | $10,000.20 |

    4) This case was originally filed under Chapter 7 on January 11, 2010. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/04/2011          By: /s/BRADLEY J. WALLER
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference | 1241-000 | 10,000.00 |
| Interest Income | 1270-000 | 0.20 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | JPMorgan Chase Bank N.A. | 4300-000 | N/A | 4,950.27 | 0.00 | 0.00 |
| 5 | Chrysler Financial Services Americas LLC | 4300-000 | N/A | 2,707.30 | 0.00 | 0.00 |
| 10 | Homestar Bank and Financial Services | 4300-000 | N/A | 321,122.43 | 0.00 | 0.00 |
| 13S | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | 4300-000 | N/A | 439.56 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$329,219.56** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | 2100-000 | N/A | 1,750.02 | 1,750.02 | 1,750.02 |
| BRADLEY J. WALLER | 2200-000 | N/A | 147.32 | 147.32 | 147.32 |
| The Bank of New York Mellon | 2600-000 | N/A | 7.53 | 7.53 | 7.53 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,904.87 | 1,904.87 | 1,904.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Department of the Treasury | 5800-000 | N/A | 8,414.64 | 0.00 | 0.00 |
| 4P-2 | Department of the Treasury | 5800-000 | N/A | 8,414.64 | 8,414.64 | 8,095.33 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 16,829.28 | 8,414.64 | 8,095.33 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | N/A | 3,547.00 | 3,547.00 | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 24,786.49 | 24,786.49 | 0.00 |
| 4U | Department of the Treasury | 7100-000 | N/A | 139.00 | 0.00 | 0.00 |
| 4U-2 | Department of the Treasury | 7100-000 | N/A | 139.00 | 139.00 | 0.00 |
| 6 | Cavalry Portfolio Services, LLC | 7100-000 | N/A | 8,097.05 | 8,097.05 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | CR Evergreen, LLC | 7100-000 | N/A | 34,858.15 | 34,858.15 | 0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 1,523.30 | 1,523.30 | 0.00 |
| 9 | Nicor Gas | 7100-000 | N/A | 48.62 | 48.62 | 0.00 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 30,352.14 | 30,352.14 | 0.00 |
| 12 | PRA Receivables Management, LLC | 7100-000 | N/A | 595.19 | 595.19 | 0.00 |
| 13U | HSBC Bank Nevada, N.A. (Best Buy Co., Inc.) | 7100-000 | N/A | 1,845.63 | 1,845.63 | 0.00 |
| 14 | FIA Card Services aka Bank of America | 7100-000 | N/A | 31,826.11 | 0.00 | 0.00 |
| 14 -2 | FIA Card Services aka Bank of America | 7100-000 | N/A | 31,826.11 | 31,826.11 | 0.00 |
| 15 | FIA Card Services, NA/Bank of America | 7100-000 | N/A | 31,826.11 | 31,826.11 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 201,409.90 | 169,444.79 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-00831  
**Case Name:** JENSEN, ELMER  
JENSEN, DIANE  
**Period Ending:** 11/04/11

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 02/28/11 (c)  
**§341(a) Meeting Date:** 04/13/11  
**Claims Bar Date:** 07/15/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 13318 W. Hiawatha, Homer Glen, IL 60491 | 360,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris Bank | 21.00 | 0.00 | DA | 0.00 | FA |
| 4 | TCF Bank | 16.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. household furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. books and pictures, cds and are objects | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Normal clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Furs and misc. jewelry | 4,300.00 | 0.00 | DA | 0.00 | FA |
| 9 | 401K with Safeway | 212,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401K with Safeway | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | IMRF | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 1995 Jeep Grand Cherokee with approx. 168,000 mi | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2003 Dodge Van with approx. 57,000 miles | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2004 PT Cruiser with approx. 71,266 miles | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2005 Volkswagon Jetta with approx. 48,661 miles | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Preference  (u) | Unknown | 10,000.00 | | 10,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.20 | FA |
| 17 | Assets   Totals (Excluding unknown values) | **$701,557.00** | **$10,000.00** | | **$10,000.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012          **Current Projected Date Of Final Report (TFR):**   September 2, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-00831  
**Case Name:** JENSEN, ELMER  
JENSEN, DIANE  
**Taxpayer ID #:** **-***6916  
**Period Ending:** 11/04/11

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******36-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/29/11 | {16} | Harris Bank NA | | 1241-000 | 10,000.00 | | 10,000.00 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.08 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.16 |
| 07/18/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 10,000.20 |
| 07/18/11 | | To Account #9200******3666 | | 9999-000 | | 10,000.20 | 0.00 |

|  |  | **ACCOUNT TOTALS** | 10,000.20 | 10,000.20 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 10,000.20 | |
|  |  | **Subtotal** | 10,000.20 | 0.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$10,000.20** | **$0.00** | |

{} Asset reference(s)    Printed: 11/04/2011 10:11 AM    V.12.57

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 10-00831 | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | JENSEN, ELMER | | Bank Name: | The Bank of New York Mellon |
| | JENSEN, DIANE | | Account: | 9200-******36-66 - Checking Account |
| Taxpayer ID #: | **-***6916 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/04/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/18/11 | | From Account #9200******3665 | | 9999-000 | 10,000.20 | | 10,000.20 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 7.53 | 9,992.67 |
| 09/30/11 | 101 | BRADLEY J. WALLER | Dividend paid 100.00% on $147.32, Trustee Expenses; Reference: | 2200-000 | | 147.32 | 9,845.35 |
| 09/30/11 | 102 | BRADLEY J. WALLER | Dividend paid 100.00% on $1,750.02, Trustee Compensation; Reference: | 2100-000 | | 1,750.02 | 8,095.33 |
| 09/30/11 | 103 | Department of the Treasury | Dividend paid 96.20% on $8,414.64; Claim# 4P-2; Filed: $8,414.64; Reference: | 5800-000 | | 8,095.33 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,000.20 | 10,000.20 | $0.00 |
| Less: Bank Transfers | | 10,000.20 | 0.00 | |
| Subtotal | | 0.00 | 10,000.20 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $10,000.20 | |

Net Receipts : 10,000.20
Net Estate : $10,000.20

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******36-65 | 10,000.20 | 0.00 | 0.00 |
| Checking # 9200-******36-66 | 0.00 | 10,000.20 | 0.00 |
| | $10,000.20 | $10,000.20 | $0.00 |

{} Asset reference(s)    Printed: 11/04/2011 10:11 AM    V.12.57